IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL BOWENS,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:22-00084-N |
| | ) |
| **ESCAMBIA COUNTY BOARD OF** | ) |
| **EDUCATION,** *et al.*, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

This civil action was decided by U.S. Magistrate Judge Katherine P. Nelson, by consent of the parties, on a motion for summary judgment. In accordance with the Court's rulings, it is **ADJUDGED** and **DECREED** that the Plaintiff, Michael Bowens, recover nothing apart from certain reasonable expenses awarded March 22, 2024, his claims be dismissed on the merits, and Defendant Escambia County Board of Education recover costs from the Plaintiff.

**DONE** this the **28th** day of **March 2024**.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**